UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI


UNITED STATES OF AMERICA

v.                                          CRIMINAL NO.  4:06CR042-M-B

REGGIE LAMARK JOHNSON


ORDER

THIS CAUSE having come on before the Court on the Amended Motion [doc. 13] of the

United States requesting that the name be amended on the Indictment to reflect the true name of

the defendant, REGGIE LAMARK JOHNSON, not Reginald Lamont Johnson, and the Court

having considered same, being fully advised in the premises, finds that the motion is well taken

and should be and is hereby sustained.  The government's First Motion [doc. 8] to Correct is

denied as moot.

**IT IS THEREFORE ORDERED** that the Indictment and style of the case are hereby

amended to reflect the true name of the defendant, REGGIE LAMARK JOHNSON, and the

Clerk shall make the appropriate change on the record.

**SO ORDERED** this, the 21st day of March, 2006.



                                        /s/ Eugene M. Bogen_____
                                        UNITED STATES MAGISTRATE JUDGE